# WARRANT FOR ARREST

CO-180 (Rev 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO 04-446-51 | MAGIS NO |
| V | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| JUAN JOSE MARTINEZ VEGA, aka Gentil Alvis Patino, aka Chiguiro | JUAN JOSE MARTINEZ VEGA aka Gentil Alvis Patino aka Chiguiro Address Unknown | FILED APR 21 2008 Clerk, U.S. District and Bankruptcy Courts |
| DOB:       PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: Indictment | DISTRICT OF ARREST | Columbia |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Washington |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Title 21, U.S.C., Section 963 (Narcotics Conspiracy)
Title 21, U.S.C., Section 853 (Criminal Forfeiture)

**IN VIOLATION OF:**
UNITED STATES CODE TITLE & SECTION:
21 USC 963; 21 USC 853

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY: Magistrate Judge John Facciola | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED 3/1/06 |
| CLERK OF COURT | BY DEPUTY CLERK | DATE 3/1/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 4/21/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 4/21/08 | Julie Carrillo DUSM | Julie Carrillo |
| HIDTA CASE | Yes  No | OCDETF CASE | Yes  No |