Spanish: Notification at Foreign National's Option Statement

CR 04-446-51-TFH

**FILED**

APR 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

# SPANISH

## Statement 1:
## When Consular Notification is at the Foreign National's Option

Por no ser ciudadano de los Estados Unidos, y ser arrestado o detenido, tiene derecho a pedirnos que notifiquemos acerca de su situación a los funcionarios consulares de su país aquí en los Estados Unidos. También tiene derecho a comunicarse con los funcionarios consulares de su país. Entre otras cosas, un funcionario consular de su país puede ayudarle a obtener asesoramiento legal, ponerse en contacto con su familia y visitarle en el lugar de detención. Si usted desea que notifiquemos a los funcionarios consulares de su país, puede solicitarlo ahora o en cualquier oportunidad en el futuro. ¿Desea que notifiquemos ahora a los funcionarios consulares de su país?

(SÍ)                    NO
YES                     NO

(Sírvase poner un círculo alrededor de Sí o No.)

Signature/Firma: Juan Jose Martin Vega

Date/Fecha: 4/21/08