UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN JOSE MARTINEZ VEGA,<br>    also known as CHIGUIRO,<br>    also known as GENTIL ALVIS PATINO,<br><br>Defendant. | Cr. No. 04-446-51 (TFH) |

## DETENTION MEMORANDUM

This defendant was extradited from Colombia pursuant to a Grand Jury Indictment charging him with a large-scale and long-running international narcotics conspiracy that involved the importation of thousands of kilograms of cocaine into the United States. The Indictment charges this defendant with exchanging weapons -- including AK-47, FAL, AR-15, and other rifles -- for cocaine from the Fuerzas Armadas Revolucionarias de Colombia ("FARC").

Defendants are eligible for pretrial detention if they are charged with an offense for which a term of imprisonment of 10 years is prescribed in the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, the Controlled Substances Import and Export Act, 21 U.S.C. § 951 *et seq.*, or the Maritime Drug Law Enforcement Act, 46 U.S.C. § 1901 *et seq. See* 18 U.S.C. § 3142(f)(1)(C). If there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in these statutes, it is presumed that there is no condition or combination of conditions that will reasonably assure the defendant's appearance and the community's safety. *See* 18 U.S.C. § 3142(e).

The defendant is a foreign national who faces harsh penalties if he is convicted of the

crimes charged in the Indictment. The defendant has no ties to the United States – indeed, all family and social ties are in Colombia and he comprehends no English. There currently is nothing to rebut the presumption in favor of his detention. Accordingly, I will order him detained pending trial.

**SO ORDERED.**

April 22nd, 2008

_____
Thomas F. Hogan
Chief Judge