IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 04-446-051 (TFH) |
| | : | |
| JUAN JOSE MARTINEZ VEGA | : | |

ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance, pursuant to the Criminal Justice Act, as counsel for Juan Jose Martinez Vega in the above case, effective April 21, 2008.

                                    Respectfully submitted

                                    /s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004
(202) 898-0857
(202) 544-0024 (fax)
rkgesq@juno.com

Attorney for Defendant

1