UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEDRO ANTONIO MARIN, *et al.*,<br><br>   Defendants. | Criminal Action No. 04-446 (TFH) |

## ORDER

Pursuant to LCrR 57.17(b) and LCrR 57.18(a) of the Rules of the United States District Court for the District of Columbia, and in light of the complex nature of this case and the extensive volume of electronic discovery it entails, it hereby is

**ORDERED** that this case shall be referred to United States Magistrate Judge John M. Facciola solely for the purpose of conducting a status conference and any other appropriate proceedings necessary to facilitate the parties' reciprocal discovery obligations and to assist the parties to ensure that discovery proceeds in a timely fashion.

SO ORDERED.

May 29, 2008

Thomas F. Hogan
United States District Judge