UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ECF CASE**

UNITED STATES OF AMERICA    )

v.    )

PEDRO ANTONIO MARIN, et al.,    )

Defendant.    )

)
)
) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
) **04 Cr. 446 (TFH)**
)
)

TO:    Clerk of Court
       United States District Court
       District of Columbia

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of

Electronic Filing will be transmitted in this case.

Respectfully submitted,

by: _____/s/_____

Randall W. Jackson
Special Assistant United States Attorney
(212) 637-1029