IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 04-446-051 (TFH) |
| | : | |
| JUAN JOSE MARTINEZ VEGA | : | |

ORDER FOR INTERIM PAYMENT OF ATTORNEY AND
INTERPRETER, CONSULTING ATTORNEY AND INVESTIGATOR FEES

Because of the expected length and complexity of the proceedings in the above captioned case, counsel may use the following procedures to obtain interim payments for his representation, and for his interpreter, consulting attorney and investigator, during the course of the representation:

Counsel may submit to the Office of the Federal Public Defender, each month, an interim CJA form 20 setting forth an itemization of compensation earned and reimbursable expenses. The interpreter, consulting attorney and investigator may submit to the Office of the Federal Public Defender, each month, an interim CJA form 21, also setting forth an itemization of their compensation earned and reimbursable expenses.

The court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000 for counsel and $1,600.00 for the interpreter, consulting attorney and investigator, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim voucher cumulatively seek hourly compensation exceeding the $7,000.00 CJA per-case ceiling for counsel, and

1

$1,600.00 for the interpreter, consulting attorney and investigator, (excluding reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of the Circuit, or his designeee, before disbursement can be made.

One third of the compensation approved for each voucher (excluding reimbursement sought for expenses), shall be withheld until the final accounting. At the conclusion of the representation, the counsel and his interpreter, consulting attorney and investigator shall submit a final voucher seeking payment of the one-third balance withheld from the earlier interim vouchers.

After review by the Office of the Federal Public Defender, the Court will review each Interim and Final voucher and submit each to the Chief Judge of the Circuit for a review and approval.

This order is effective *nunc pro tunc* to April 21, 2008, the date counsel entered his appearance, pursuant to the Criminal Justice Act, as counsel for Juan Jose Martinez Vega in the above case.

_____
Thomas F. Hogan
United States District Court Judge


_____
David B. Sentelle
Chief Judge,
United States Court of Appeals
for the District of Columbia Circuit