UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERMINSO CUEVAS CABRERA, *et al.*,<br><br>Defendants. | Criminal Action No. 04-446 (TFH/JMF) |

## **ORDER**

Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **discovery.**

In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Sara B. Podger, Esq. at 202/354-3131.**


July 24, 2008                                              /S/
cc:     Counsel                              JOHN M. FACCIOLA
        Judge                                UNITED STATES MAGISTRATE JUDGE
        Files
        Chambers